# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-444-988

**Effective Date of Registration:**
January 27, 2025
**Registration Decision Date:**
May 12, 2025

---

## Title

**Title of Work:** 23693 Our Solar System

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** October 01, 2014
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Adrian Keith Chesterman
**Author Created:** 2-D artwork
**Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Adrian Keith Chesterman
Greensleeves, South Stoke Road, Woodcote, Reading, RG8 0PL, United Kingdom

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SWH148HL United Kingdom

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-444-985

**Effective Date of Registration:**
January 27, 2025
**Registration Decision Date:**
May 12, 2025

---

## Title

**Title of Work:** 22098 Space Odyssey

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** August 01, 2012
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Adrian Keith Chesterman
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Adrian Keith Chesterman
Greensleeves, South Stoke Road, Woodcote, Reading, RG8 0PL, United Kingdom

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SWH148HL United Kingdom

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-444-991

**Effective Date of Registration:**
January 27, 2025
**Registration Decision Date:**
May 12, 2025

---

## Title
 

**Title of Work:** 28045 World Landmarks Globe

## Completion/Publication
 

**Year of Completion:** 2016
**Date of 1st Publication:** March 31, 2016
**Nation of 1ˢᵗ Publication:** United Kingdom

## Author
 

- **Author:** Adrian Keith Chesterman
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant
 

**Copyright Claimant:** Adrian Keith Chesterman
Greensleeves, South Stoke Road, Woodcote, Reading, RG8 0PL, United Kingdom

## Rights and Permissions
 

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SWH148HL United Kingdom

## Certification
 



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-445-068

**Effective Date of Registration:**
January 27, 2025
**Registration Decision Date:**
May 12, 2025

## Title

**Title of Work:** 16673 Jungle Lake

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** March 12, 2014
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Adrian Keith Chesterman
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Adrian Keith Chesterman
Greensleeves, South Stoke Road, Woodcote, Reading, RG8 0PL, United Kingdom

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SWH148HL United Kingdom

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

## VA 2-444-995

**Effective Date of Registration:**
January 27, 2025
**Registration Decision Date:**
May 12, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | 24120 Kittens in the Kitchen |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | October 01, 2014 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Adrian Keith Chesterman |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Adrian Keith Chesterman |
| | Greensleeves, South Stoke Road, Woodcote, Reading, RG8 0PL, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | MGL Licensing |
| **Name:** | Adam Meiklejohn |
| **Email:** | adam@mglart.com |
| **Telephone:** | +4402083928010 |
| **Address:** | 61 Mortlake High Street |
| | London SWH148HL United Kingdom |

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-445-063

**Effective Date of Registration:**
January 27, 2025
**Registration Decision Date:**
May 12, 2025

## Title

      **Title of Work:**  20793 Universal Light

## Completion/Publication

      **Year of Completion:**  2012
  **Date of 1st Publication:**  January 02, 2013
  **Nation of 1st Publication:**  United Kingdom

## Author

    •    **Author:**  Adrian Keith Chesterman
  **Author Created:**  2-D artwork
      **Citizen of:**  United Kingdom

## Copyright Claimant

  **Copyright Claimant:**  Adrian Keith Chesterman
Greensleeves, South Stoke Road, Woodcote, Reading, RG8 0PL, United Kingdom

## Rights and Permissions

  **Organization Name:**  MGL Licensing
       **Name:**  Adam Meiklejohn
      **Email:**  adam@mglart.com
   **Telephone:**  +4402083928010
    **Address:**  61 Mortlake High Street
London SWH148HL United Kingdom

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-444-990

**Effective Date of Registration:**
January 27, 2025
**Registration Decision Date:**
May 12, 2025

---

## Title
_____

**Title of Work:** 27398 Planets in Space (Variant 1)

## Completion/Publication
_____

**Year of Completion:** 2016
**Date of 1st Publication:** March 31, 2016
**Nation of 1ˢᵗ Publication:** United Kingdom

## Author
_____

- **Author:** Adrian Keith Chesterman
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant
_____

**Copyright Claimant:** Adrian Keith Chesterman
Greensleeves, South Stoke Road, Woodcote, Reading, RG8 0PL, United Kingdom

## Rights and Permissions
_____

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SWH148HL United Kingdom

## Certification
_____



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



**Registration Number**

## VA 2-445-070

**Effective Date of Registration:**
January 27, 2025
**Registration Decision Date:**
June 09, 2025

---

## Title

   **Title of Work:** 16045 Sunlit sanctuary

## Completion/Publication

   **Year of Completion:** 2010
   **Date of 1st Publication:** November 01, 2011
   **Nation of 1st Publication:** United Kingdom

## Author

   • **Author:** Adrian Keith Chesterman
   **Author Created:** 2-D artwork
   **Citizen of:** United Kingdom

## Copyright Claimant

   **Copyright Claimant:** Adrian Keith Chesterman
   Greensleeves, South Stoke Road, Woodcote, Reading, RG8 0PL, United
   Kingdom

## Rights and Permissions

   **Organization Name:** MGL Licensing
   **Name:** Adam Meiklejohn
   **Email:** adam@mglart.com
   **Telephone:** +4402083928010
   **Address:** 61 Mortlake High Street
   London SWH148HL United Kingdom

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-445-061

**Effective Date of Registration:**
January 27, 2025
**Registration Decision Date:**
May 12, 2025

## Title

**Title of Work:** 21558 Savanna Pool

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** August 01, 2013
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Adrian Keith Chesterman
**Author Created:** 2-D artwork
**Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Adrian Keith Chesterman
Greensleeves, South Stoke Road, Woodcote, Reading, RG8 0PL, United Kingdom

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SWH148HL United Kingdom

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-444-986

**Effective Date of Registration:**
January 27, 2025
**Registration Decision Date:**
May 12, 2025

---

## Title

**Title of Work:** 23375 Noah's Ark (Variant)

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** August 01, 2014
**Nation of 1ˢᵗ Publication:** United Kingdom

## Author

- **Author:** Adrian Keith Chesterman
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Adrian Keith Chesterman
Greensleeves, South Stoke Road, Woodcote, Reading, RG8 0PL, United Kingdom

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SWH148HL United Kingdom

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-444-989

**Effective Date of Registration:**
January 27, 2025
**Registration Decision Date:**
May 12, 2025

## Title

      **Title of Work:**  23772 Underwater Scene

## Completion/Publication

      **Year of Completion:**  2013
  **Date of 1st Publication:**  May 07, 2013
**Nation of 1st Publication:**  United Kingdom

## Author

    •     **Author:**  Adrian Keith Chesterman
  **Author Created:**  2-D artwork
      **Citizen of:**  United Kingdom

## Copyright Claimant

  **Copyright Claimant:**  Adrian Keith Chesterman
    Greensleeves, South Stoke Road, Woodcote, Reading, RG8 0PL, United Kingdom

## Rights and Permissions

  **Organization Name:**  MGL Licensing
        **Name:**  Adam Meiklejohn
       **Email:**  adam@mglart.com
   **Telephone:**  +4402083928010
     **Address:**  61 Mortlake High Street
           London SWH148HL United Kingdom

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-444-994

**Effective Date of Registration:**
January 27, 2025
**Registration Decision Date:**
May 12, 2025

## Title
_____

**Title of Work:**  23773 Underwater Panorama

## Completion/Publication
_____

**Year of Completion:**  2014
**Date of 1st Publication:**  October 01, 2014
**Nation of 1ˢᵗ Publication:**  United Kingdom

## Author
_____

- **Author:**  Adrian Keith Chesterman
 **Author Created:**  2-D artwork
 **Citizen of:**  United Kingdom

## Copyright Claimant
_____

**Copyright Claimant:**  Adrian Keith Chesterman
Greensleeves, South Stoke Road, Woodcote, Reading, RG8 0PL, United Kingdom

## Rights and Permissions
_____

**Organization Name:**  MGL Licensing
**Name:**  Adam Meiklejohn
**Email:**  adam@mglart.com
**Telephone:**  +4402083928010
**Address:**  61 Mortlake High Street
London SWH148HL United Kingdom

## Certification
_____



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-444-993

**Effective Date of Registration:**
January 27, 2025
**Registration Decision Date:**
May 12, 2025

---

## Title

**Title of Work:**   32870 The Solar System

## Completion/Publication

**Year of Completion:**   2019
**Date of 1st Publication:**   June 01, 2019
**Nation of 1st Publication:**   United Kingdom

## Author

- **Author:**   Adrian Keith Chesterman
  **Author Created:**   2-D artwork
  **Citizen of:**   United Kingdom

## Copyright Claimant

**Copyright Claimant:**   Adrian Keith Chesterman
Greensleeves, South Stoke Road, Woodcote, Reading, RG8 0PL, United Kingdom

## Rights and Permissions

**Organization Name:**   MGL Licensing
**Name:**   Adam Meiklejohn
**Email:**   adam@mglart.com
**Telephone:**   +442083928010
**Address:**   61 Mortlake High Street
London SWH148HL United Kingdom

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



**Registration Number**

## VA 2-444-996

**Effective Date of Registration:**
January 27, 2025
**Registration Decision Date:**
May 12, 2025

---

## Title

**Title of Work:** 34525 Doggies School Bus

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** September 01, 2020
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Adrian Keith Chesterman
**Author Created:** 2-D artwork
**Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Adrian Keith Chesterman
Greensleeves, South Stoke Road, Woodcote, Reading, RG8 0PL, United
Kingdom

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SWH148HL United Kingdom

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-445-071

**Effective Date of Registration:**
January 27, 2025
**Registration Decision Date:**
June 09, 2025

---

## Title

**Title of Work:** 15995 Dolphins at Dawn

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** June 01, 2011
**Nation of 1ˢᵗ Publication:** United Kingdom

## Author

- **Author:** Adrian Keith Chesterman
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Adrian Keith Chesterman
Greensleeves, South Stoke Road, Woodcote, Reading, RG8 0PL, United Kingdom

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SWH148HL United Kingdom

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-445-065

**Effective Date of Registration:**
January 27, 2025
**Registration Decision Date:**
May 12, 2025

---

## Title

**Title of Work:** 16775 Underwater Turtles

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** July 01, 2011
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Adrian Keith Chesterman
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Adrian Keith Chesterman
Greensleeves, South Stoke Road, Woodcote, Reading, RG8 0PL, United Kingdom

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SWH148HL United Kingdom

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-445-001

**Effective Date of Registration:**
January 27, 2025
**Registration Decision Date:**
May 12, 2025

---

## Title
 

**Title of Work:** 35205 Halloween Spooky Pumpkins

## Completion/Publication
 

**Year of Completion:** 2018
**Date of 1st Publication:** November 01, 2018
**Nation of 1st Publication:** United Kingdom

## Author
 

- **Author:** Adrian Keith Chesterman
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant
 

**Copyright Claimant:** Adrian Keith Chesterman
Greensleeves, South Stoke Road, Woodcote, Reading, RG8 0PL, United Kingdom

## Rights and Permissions
 

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SWH148HL United Kingdom

## Certification
 

Page 1 of 2

**Name:** David Denholm
**Date:** January 27, 2025
**Applicant's Tracking Number:** AC2025012724

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-445-058

**Effective Date of Registration:**
January 27, 2025
**Registration Decision Date:**
May 12, 2025

## Title
**Title of Work:** 21538 African Stampede

## Completion/Publication
**Year of Completion:** 2013
**Date of 1st Publication:** June 01, 2013
**Nation of 1st Publication:** United Kingdom

## Author
- **Author:** Adrian Keith Chesterman
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant
**Copyright Claimant:** Adrian Keith Chesterman
Greensleeves, South Stoke Road, Woodcote, Reading, RG8 0PL, United Kingdom

## Rights and Permissions
**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SWH148HL United Kingdom

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



**Registration Number**

## VA 2-444-987

**Effective Date of Registration:**
January 27, 2025
**Registration Decision Date:**
May 12, 2025

---

## Title

**Title of Work:** 23692 Dino Group

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** October 01, 2014
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Adrian Keith Chesterman
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Adrian Keith Chesterman
Greensleeves, South Stoke Road, Woodcote, Reading, RG8 0PL, United
Kingdom

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SWH148HL United Kingdom

## Certification

