IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ADRIAN CHESTERMAN,

        Plaintiff,

        v.

SCHEDULE A DEFENDANTS,

        Defendants.

Case No. 25-cv-1840

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Adrian Chesterman, through her undersigned attorney, hereby gives notice of the voluntary dismissal, without prejudice, of all claims against Defendant Nos. 152 (Seemefly), Defendant 165 (MLK Toy)and Defendant 157 (huirunwanjudian), with each party to bear its own attorneys' fees, costs, and expenses.  The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

        Respectfully submitted,

Dated:  March 10, 2026

        /s/ Stanley D. Ference III
        Stanley D. Ference III
        Pa. ID No. 59899
        courts@ferencelaw.com

        FERENCE & ASSOCIATES LLC
        409 Broad Street
        Pittsburgh, Pennsylvania 15143
        (412) 741-8400 – Telephone
        (412) 741-9292 – Facsimile

        Attorney for Plaintiff