IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADRIAN CHESTERMAN, | Civil Action No. |
| Plaintiffs, | 25-cv-1840 |
| v. | (Judge Horan) |
| SCHEDULE A DEFENDANTS, | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through their undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s):

| No. | Defendant |
|---|---|
| 7 | Nanyangguangyumaoyiyouxianzerengongsi |
| 9 | XiuHu |
| 12 | huigesales |
| 14 | yuxiqingyaodianzishangwuyouxiangongsi |
| 21 | Nanyang Liumei Trading Limited Liability Company |
| 23 | putianshixiuyuquyuetangzhenxuyuriyongpinshangdian |
| 30 | Cliiouar |
| 36 | DILIBRA-Direct |
| 37 | Pinenjoy |
| 40 | Yang Xin Xian Chun Ya Bai Huo Dian |
| 46 | RBQOKJ Photo Backgrounds |
| 57 | Banoart |
| 61 | Foiosoh |
| 62 | Lucky-Aidatain |
| 63 | JIANGOPENG |
| 66 | LHOMKCV |
| 71 | SKAILIÉ |

| 72 | A.Monamour |
|---|---|
| 73 | KACOLOR |
| 75 | leveraYo |
| 76 | Arteasgy |
| 80 | Antaton |
| 90 | ANDUX LAND |
| 91 | Irene.coco |
| 98 | Wen Yi Backdrop Store |
| 100 | DuChangXianLanHuiShangMaoDian |
| 104 | WHBAG |
| 106 | AMCKJ |
| 110 | Filny store |
| 130 | Tranhiafe |
| 131 | FEASRT |
| 133 | Yihe Bedding |
| 134 | ChliEarime Hecate |
| 138 | KOMNNI |
| 146 | musykrafties |
| 151 | KEARTNZI mural |
| 153 | TOKMOCO Mural |
| 155 | Peepezo |
| 158 | TinGal |
| 164 | Delmitan |
| 166 | Topus-Direct |
| 167 | Judith Wang |
| 168 | IFTRUE |
| 170 | LELEMON |
| 180 | AWEI Trade |

Each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: April 6, 2026

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff